United States District Court
Southern District of Texas

**ENTERED**

June 28, 2024

Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

|  |  |  |
|---|---|---|
| Lucien Lavallais, | § § § | |
| *Plaintiff,* | § § | |
| v. | § § | Civ. Case No. 4:23-cv-4632 |
| Allstate Vehicle and Property Insurance Company, | § § § | |
| *Defendant.* | § § § | |

## <u>MEMORANDUM AND RECOMMENDATION</u>

In this insurance dispute, Defendant Allstate Vehicle and Property Insurance Company has filed a motion to dismiss all claims. *See* Dkt. 5. At the subsequent June 28, 2024 scheduling conference for this case, however, Plaintiff Lucien Lavallais represented that he intends to file an amended complaint based on information recently obtained during discovery. Because the amendment may affect Defendant's challenges to the adequacy of the pleading, Defendant agreed that its pending motion to dismiss should be denied as moot, without prejudice to being renewal after the amended complaint is filed.

## Recommendation

Accordingly, it is **RECOMMENDED** that Defendant Allstate Vehicle and Property Insurance Company's motion to dismiss (Dkt. 5) be **DENIED AS MOOT** without prejudice to refiling a motion to dismiss after the amended complaint is filed.  It is further **ORDERED** that Plaintiff Lucien Lavallais file his amended complaint by **July 12, 2024**.

**The parties have fourteen days from service of this Report and Recommendation to file written objections.  28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b).   Failure to file timely objections will preclude appellate review of factual findings and legal conclusions, except for plain error.  *Ortiz v. City of San Antonio Fire Dep't*, 806 F.3d 822, 825 (5th Cir. 2015).**

Signed on June 28, 2024, at Houston, Texas.

Yvonne Y. Ho
United States Magistrate Judge