UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| LUCIEN LAVALLAIS, | § |
| Plaintiff, | § |
| VS. | § CIVIL ACTION NO. 4:23-CV-04632 |
| ALLSTATE VEHICLE AND PROPERTY INSURANCE COMPANY, | § |
| Defendant. | § |

## ORDER

Before the Court is United States Magistrate Judge Yvonne Y. Ho's Memorandum and Recommendation filed on June 28, 2024. Doc. #15. The deadline for filing objections has passed, and no objections have been filed. Pursuant to Federal Rule of Civil Procedure 72(b), the Court has reviewed the Memorandum and Recommendation for clear error. *See United States v. Wilson*, 864 F.2d 1219, 1221 (5th Cir. 1989). Finding no clear error, the Court adopts the Memorandum and Recommendation in its entirety.

Therefore, Defendant Allstate Vehicle and Property Insurance Company's Motion to Dismiss (Doc. #5) is hereby DENIED as MOOT and without prejudice to refiling with respect to Plaintiff Lucien Lavallais' amended complaint.

It is so ORDERED.

JUL 1 6 2024
Date

The Honorable Alfred H. Bennett
United States District Judge